UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------X
BYRON BREEZE, JR.,

        Plaintiff,

        v.

KABILA INC.,
d/b/a Thunder Burger & Bar,
RACHID BENKIRANE,
KHALID BENKIRANE,
ABDELFATTAH BENKIRANE,

        Defendants.
---------------------------------------------------------------X

CASE NO.: 1:21-cv-00753-JDB

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS RACHID BENKIRANE, KHALID BENKIRANE AND ABDELFATTAH BENKIRANE.**

Plaintiff Byron Breeze, Jr., ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. Proc. Rule 55, hereby moves for Entry of an Order of Default against RACHID BENKIRANE ("R. Benkirane"), KHALID BENKIRANE ("K. Benkirane"), and ABDELFATTAH BENKIRANE ("A. Benkirane") (collectively, the "Defendants"). As grounds therefore, Plaintiff states as follows:

1. An Amended Complaint was filed on February 8, 2022 *(D.E. 22)* naming Kabila Inc. d/b/a Thunder Burger & Bar, R. Benkirane, K. Benkirane and A. Benkirane, as defendants in this action[1].

2. As established by the Affidavit of Service filed on March 7, 2022 *(D.E. 25)*, service was properly effectuated upon R. Benkirane.

---

[1] The Amended Complaint was filed with leave of Court. (*D.E. 21* at ¶ 1). The instant application for a default does not apply to defendant Kabila Inc., in that it filed its answer to Plaintiff's Amended Complaint on February 23, 2022 (D.E. 24).

1

3. As established by the Affidavit of Service filed on March 10, 2022 *(D.E. 26)*, service was properly effectuated upon A. Benkirane.

4. As established by the Amended Affidavit of Service filed on March 10, 2022 *(D.E. 28)*, service was properly effectuated upon K. Benkirane.

5. The time for Defendant, A. Benkirane, to answer or otherwise move with respect to the Complaint, has expired.

6. The time for Defendant, R. Benkirane, to answer or otherwise move with respect to the Complaint, has expired.

7. The time for Defendant, K. Benkirane, to answer or otherwise move with respect to the Complaint, has expired.

8. Defendant, A. Benkirane, has not answered or otherwise moved with respect to the Complaint, and the time to answer or otherwise move has not been extended.

9. Defendant, R. Benkirane, has not answered or otherwise moved with respect to the Complaint, and the time to answer or otherwise move has not been extended.

10. Defendant, K. Benkirane, has not answered or otherwise moved with respect to the Complaint, and the time to answer or otherwise move has not been extended.

11. Defendant, A. Benkirane, is an individual.  Defendant A. Benkirane is not an infant or incompetent, and there is no requirement to file a military service affidavit as to A. Benkirane based on the facts in this litigation. *See* Military Affidavit for A. Benkirane attached as Ex. A.

12. Defendant, R. Benkirane, is an individual.  Defendant R. Benkirane is not an infant or incompetent, and there is no requirement to file a military service affidavit as to R.

Benkirane based on the facts in this litigation. *See* Military Affidavit for R. Benkirane attached as Ex. B.

13. Defendant, K. Benkirane, is an individual. Defendant K. Benkirane is not an infant or incompetent, there is no requirement to file a military service affidavit as to K. Benkirane based on the facts in this litigation. *See* Military Affidavit for K. Benkirane attached as Ex. C.

14. The only damages sought by Plaintiff are statutory in nature as provided for within District of Columbia Human Rights Act, D.C. Code § 2-1401.0 et seq., attorneys' fees and costs as per 42 U.S.C. Section 12205, 12117, and injunctive relief requiring remediation of the various ADA issues as set forth within Plaintiff's Complaint.

15. The record in this action demonstrates that there has been a failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a).

WHEREFORE, Plaintiff requests that the Clerk enter a default against Defendants A. Benkirane, and R. Benkirane, and K. Benkirane, pursuant to Fed. R. Civ. P. 55(a).

An Affirmation is also submitted in support of this request.

Respectfully submitted,

DATED this 14th Day of April, 2022

BASHIAN & PAPANTONIOU, P.C.
*Attorneys for Plaintiff*
500 Old Country Road, Ste. 302
Garden City, NY 11530
Tel:   (516) 279-1554
Fax:   (516) 213-0339
By: */s/ Erik M. Bashian, Esq.*
ERIK M. BASHIAN, ESQ.
D.C. Bar No. 1657407
eb@bashpaplaw.com