Default - Rule 55A                                                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

BYRON BREEZE, JR.

_____

Plaintiff(s)

Civil Action: 21-cv-00753-JDB

v.

KABILA INC. et al

_____

Defendant(s)

**RE:** RACHID BENKIRANE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and amended complaint        on        March 7, 2022        , and  an  affidavit on behalf of the plaintiff having been filed, it is this  15th  day of _____ April _____ ,  2022  declared that defendant(s) is/are in default.


ANGELA D. CAESAR, Clerk


By: _____ /s/ N. Wilkens _____

Deputy Clerk